# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| WILLIAM McCLAIN, an individual,<br><div align="right">Plaintiff,</div><br>-vs-<br>GARCO CONSTRUCTION, INC., a Washington State Corporation, et al.,<br><div align="right">Defendants.</div> | **Case No.**    **2:23-CV-00310-MKD**<br><br>**CIVIL MINUTES**<br><br>**DATE:**    **DECEMBER 14, 2023**<br>**LOCATION:**    **RICHLAND VIA VIDEO CONFERENCE**<br><br>**STATUS CONFERENCE** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Cora Vargas | 03 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Joseph Kuhlman<br><br>**Plaintiff's Counsel** | | Abigail Maurer-Lesser<br>William Symmes<br>**Defendants' Counsel** |

[X] Open Court          [ ] Chambers          [X] Video conference

Mr. Kuhlman provided a status update regarding service and indicated he will file an affidavit of service, and that he is considering his options on the best way to proceed.

The Court informed Mr. Kuhlman that the Court will dismiss the action for failure to prosecute in 45 days if no action has been taken; Mr. Kuhlman confirmed his understanding.

[ ]  **ORDER FORTHCOMING**

| **CONVENED: 10:36 A.M.** | **ADJOURNED: 10:44 A.M.** | **TIME:    :08 HR.** | **CALENDARED    [ ]** |
|---|---|---|---|